PAUL KIM, SBN 292589
HOMELESS ACTION CENTER
3126 Shattuck Avenue
Berkeley, CA 94705
Phone: (510) 540-0878 x. 303
Fax: (510) 540-0403
Email: pkim@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WONG,<br><br>    Plaintiff,<br><br> v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:18-cv-04328-EDL<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS MSJ** |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have a second extension of time of 30 days to file his MSJ. Plaintiff and his attorney respectfully requests this extension of time because of unexpected workload issues, including unexpectedly taking over extra responsibilities from a colleague who left the undersigned's agency while also managing briefing deadlines and a hearing this week. The current due date for filing of Plaintiff's MSJ is December 16, 2018. The new due date will be January 15, 2019. Plaintiff again apologizes for the delay and any inconvenience caused.

*//*

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: December 10, 2018    HOMELESS ACTION CENTER

By: /s/ Paul Kim
    PAUL KIM
    Attorney for PAUL WONG

Date: December 10, 2018    ALEX G. TSE
    United States Attorney

By: /s/ Margaret Branick-Abilla*
    MARGARET BRANICK-ABILLA
    * By email authorization on December 10, 2018
    Assistant Regional Counsel
    Social Security Administration

    Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

DATED: December 11, 2018

HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE