DAVID L. ANDERSON, CSBN 149604
United States Attorney
DEBORAH STACHEL, SBN CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER KENNEY, SBN CA 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WONG,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:18-CV-04328-EDL<br><br>STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE HER MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST) AND [PROPOSED] ORDER<br>AS MODIFIED |

TO THE HONORABLE ELIZABETH D. LAPORTE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, through their undersigned attorneys, and with the approval of the Court, stipulate to extend Defendant's time to file her motion for summary judgment by 31 days, from February 8, 2019 to March 11, 2019. Defendant's counsel was just reassigned to this case and needs the additional time to review the record and research the issues Plaintiff has presented. This request is made in good faith with no intention to unduly delay the proceedings.

Stip. & Proposed Order for Extension, 3:18-CV-04328-EDL

1

Respectfully submitted,

Date: February 7, 2019   By:   */s/ \* Paul Kim*
PAUL KIM
HOMELESS ACTION CENTER
(*authorized by email on Feb. 7, 2019)
Attorneys for Plaintiff

Date: February 7, 2019   DAVID L. ANDERSON
United States Attorney

By:   */s/ Jennifer A. Kenney*
JENNIFER A. KENNEY
Special Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED: NO FURTHER CONTINUANCES WILL BE GRANTED ABSENT STRONG CAUSE.

Dated: 2/8/19

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

Stip. & Proposed Order for Extension, 3:18-CV-04328-EDL

2