```
1  DAVID L. ANDERSON, CSBN 149604
   United States Attorney
2  DEBORAH STACHEL, SBN CA 230138
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JENNIFER KENNEY, SBN CA 241625
4  Special Assistant United States Attorney
          160 Spear Street, Suite 800
5         San Francisco, California 94105
          Telephone:  (415) 977-8945
6         Facsimile:  (415) 744-0134
          E-Mail: jennifer.a.kenney@ssa.gov
7
   Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WONG, | CIVIL NO. 3:18-CV-04328-EDL |
| Plaintiff, | |
| vs. | STIPULATION FOR TWO-DAY EXTENSION OF DEFENDANT'S TIME TO FILE HER MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST) AND [PROPOSED] ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE ELIZABETH D. LAPORTE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, through their undersigned attorneys, and with the approval of the Court, stipulate to extend Defendant's time to file her motion for summary judgment by two days, from March 11, 2019 to March 13, 2019.  Defendant's counsel respectfully requests this brief extension because she has four district court briefing deadlines this week, including a second district court brief due the same day as the one in the instant case.  The additional two days will enable Defendant's counsel to address the issues

Stip. & Proposed Order for Extension, 3:18-CV-04328-EDL

1

| | | |
|---|---|---|
| 1 | Plaintiff has presented.  This request is made in good faith with no intention to unduly delay the | |
| 2 | proceedings.  Defendant's counsel will request no further extensions in this case. | |

Respectfully submitted,

Date: March 11, 2019   By:   */s/ \* Paul Kim*
                             PAUL KIM
                             HOMELESS ACTION CENTER
                             (*authorized by email on Mar. 11, 2019)
                             Attorneys for Plaintiff

Date: March 11, 2019         DAVID L. ANDERSON
                             United States Attorney

                       By:   */s/ Jennifer A. Kenney*
                             JENNIFER A. KENNEY
                             Special Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 3/12/19

*Elizabeth D. Laporte*
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

Stip. & ~~Proposed~~ Order for Extension, 3:18-CV-04328-EDL